FILED
February 16, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____MR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>ABIEL ALEJANDRO SALDIVAR<br><br>Defendant | Case No: SA-22-CR-00083-JKP<br><br>**INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. § 2422(b): Coercion and Enticement -- Minor<br><br>**COUNT 2:** 18 U.S.C. § 2251(a): Production of Child Pornography<br><br>**COUNT 3:** 18 U.S.C. § 2252A(a)(5)(B): Possession of Child Pornography |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 2422(b)]

Beginning on or about June 23, 2020, and continuing through on or about January 4, 2021, in the Western District of Texas, and elsewhere, Defendant,

**ABIEL ALEJANDRO SALDIVAR,**

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce Child Victim 1 who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, production of child pornography, in violation of Title 18, United States Code, Section 2251(a), or attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
[18 U.S.C. § 2251(a)]

Beginning on or about June 23, 2020, and continuing through on or about January 4, 2021, in the Western District of Texas, and elsewhere, the Defendant,

**ABIEL ALEJANDRO SALDIVAR,**

did knowingly employ, use, persuade, induce, entice and coerce, a minor, Child Victim 1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, and which visual depiction has actually been transmitted in and affecting interstate and foreign commerce, or attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE
[18 U.S.C. § 2252A(a)(5)(B)]

On or about January 20, 2022, in the Western District of Texas, and elsewhere, the Defendant,

**ABIEL ALEJANDRO SALDIVAR,**

did knowingly possess material, namely, a grey Dell Latitude Laptop, Model E6540, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Enticement and Coercion of a Minor Violation and Forfeiture Statutes
[Title 18 U.S.C. § 2422(b), subject to forfeiture pursuant to
Title 18 U.S.C. § 2428 (a)(1) and (2)]

As a result of the foregoing criminal violation set forth in Count One, the United States gives notice to Defendant of its intent to seek the forfeiture of certain property subject to forfeiture, including but not limited to computer(s), electronic equipment, accessories, and devices, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2428(a)(1) and (2), which state:

> **Title 18 U.S.C. § 2428. Forfeitures**
> **(a) In general. -** The court, in imposing sentence on any person convicted of a violation of this chapter, shall order, in addition to any other sentence imposed and irrespective of any provision of State law, that such person shall forfeit to the United States-
> **(1)** such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and
> **(2)** any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

### II.
### Possession and Production of Child Pornography Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 2251(a) and 2252A(a)(5)(B),
subject to forfeiture pursuant to Title 18 U.S.C. §§ 2253(a)(1) and (3)]

As a result of the foregoing criminal violations in Counts Two and Three, the United States of America gives notice of its intent to seek the forfeiture of certain property subject to forfeiture, including but not limited to computer(s), electronic equipment, accessories, and devices, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2), and (3), which states:

**Title 18 U.S.C. § 2253. Criminal forfeiture**

**(a) Property subject to criminal forfeiture.**-A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

**(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

**(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

**(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL.

███████████████████████████████
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR BETTINA J. RICHARDSON
Assistant United States Attorney

4